IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHEREKA CROSS and SHONY PENISTER,
Individually and on behalf of others
similarly situated                                                                                       PLAINTIFF

v.                                      Case No. 1:15-cv-01029

OZARK MOUNTAIN POULTRY, INC., d/b/a
FORESTER FARMER'S MARKET; FORESTER
FARMER'S MARKET; FORESTER FARMERS'
MARKET; OMP; and EDWARDO O. FRYAR, JR.                                      DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal Without Prejudice. (ECF No. 5). The Motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not yet served an answer or motion for summary judgment. Accordingly, all Plaintiffs' claims against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge